```
Hien Huu Tran
14888 Rockford Land
Westminster, CA 92683
(714) 548-2944
Defendant/Petitioner In Pro Se
```

DENIED
BY ORDER OF
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE
ON  5-2-12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| HIEN HUU TRAN, | ) 05-CR-00065-DOC-1 ) ) ORDER ) [Proposed] ) |
| Petitioner, | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent | |

It is the Order of this Court that the Supervised Release of Petitioner is hereby terminated.

So Ordered.

*Denied*
*David O Carter*

Dated: May 2, 2012

_____
UNITED STATES DISTRICT COURT JUDGE

MOTION TO TERMINATE SUPERVISED RELEASE - 1